1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

REINALDO MARTINEZ
A.K.A SILO ROSARIO GIL
PLAINTIFF

VS

CA 05 320 S

Bruce chadbourne;
Fiel officer and
Director of I.C.E
David Riccio
And curt Burk
DEFENDANTS

BIVENS CAUSE OF ACTION

This is A Bivens Type cause of Action under Bivens v. Six unknown Fed. Narcotics Agents (1971) 403 US 388. 29 L Ed 2d 619. 91 S CT 1999 in which it has been established That in Some Circumstances The Victims of violations of Federal constitutional Rights by Federal official have A right To recover damages Against The official in Federal Court despite The obsence of Any statute conferring such right.

This ACTION ARISES OUT OF THE CONDUCT OF THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT FOR ABUSE OF THEIR STATUTORY AUTHORITY IN (1) COMMISSION OF FALSE IMPRISONMENT AND INFLICTION OF EMOTIONAL DISTRESS (2) COMMENCING REMOVAL PROCEEDINGS FOR DEPORTATION AGAINST A CITIZEN AND NATIONAL OF THE UNITED STATES AND (3) REDUCING PLAINTIFF STATUS FROM NATIONAL OF THE UNITED STATES AS TO THAT OF ALIEN, IN VIOLATION OF THE FOURTH, FIFTH, AND FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

PLAINTIFF'S REQUESTS A TRIAL BY A JURY.

JURISDICTION

(1) THIS COURT HAS JURISDICTION OVER PLAINTIFF CLAIM OF VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UNDER 42 U.S.C. §§ 1331(A) AND 28 U.S.C.A § 1391

PARTIES

(2) PLAINTIFF REINALDO ARIEL MARTINEZ VILLEGAS. A.K.A SIRO ROSARIO GIL. IS A CITIZEN AND NATIONAL OF THE UNITED STATES AS HEREINAFTER MORE FULLY APPEARS AND IS CURRENTLY INCARCERATED AT THE DONALD W. WYATT DETENTION FACILITY

CENTRAL FALLS R.I IN CUSTODY OF THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT.

(3) DEFENDANT BRUCE CHADBOURNE IS THE FIEL OFFICER AND DIRECTOR OF IMMAGRATION AND CUSTOMS ENFORCEMENT, AS SUCH, HE IS IN CHARGE WITH ANY AND ALL RESPONSIBILITIES AND AUTHORITY DELIGATED TO HIM BY THE DEPARTMENT OF HOMELAND SECURITY. INCLUDING THE AUTHORITY TO DIRECT THE ADMINISTRATION OF THE BUREAU OF IMMAGRATION AND CUSTOM ENFORCEMENT. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

(4) DEFENDANT DAVID RICCIO IS THE OFFICER IN CHARGE FOR THE BUREAU OF IMMAGRATION AND CUSTOMS ENFORCEMENT, FOR THE DISTRICT OF R.I AS SUCH. DEFENDANT IS IN CHARGE OF CONTROLING ALL ACTIVITIES CONDUCTED WITHIN HIS OFFICE AND TO SUPERVISE ALL PERSONEL ASSIGNED TO HIS OFFICE. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

(5) DEFENDANT CURT BURK IS AN AGENT FOR THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT. AS SUCH, DEFENDANT IS IN CHARGE OF PERFORMING THE FUNCTION OF AN IMMIGRATION LAW ENFORCEMENT OFFICER, IN RELATION TO INVESTIGATION, APPREHENSION AND DETENTION OF ALIENS IN THE UNITED STATES. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

(6) IN DOING THE ACTS IN THIS COMPLAINT THE NAMED DEFENDANTS WERE ACTING WITHIN THE COURSE AND SCOPE OF THEIR EMPLOYMENT AND WERE ACTING ON BEHALF OF THE BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT AND IN BEHALF OF THE UNITED STATES

FACTS

(7) PLAINTIFF WAS BORN IN PUERTO RICO A FACT THAT WHICH ENTITLES HIM TO CITIZENSHIP UNDER THE FIRST CLAUSE OF THE FOURTEENTH AMENDMENT.
PLAINTIFF IS CURRENTLY IN CUSTODY OF THE IMMAGRATION AND CUSTOMS ENFORCEMENT UNDERGOING DEPORTATION PROCEEDINGS.

(8) ON MAY 20, 1996 PLAINTIFF PLEAD guilTY TO A TERM OF 12 YEARS FOR POSSESSION WITH INTENT TO deliver COCAINE under The ASSUME NAME OF SILO ROSARIO giL

(9) ON JUNE 3, 1996 DEFENDANTS DAVID RICCIO AND CURT BURK, WRONGFULLY lodged A detainer AGAINST PLAINTIFF

(10) ON FEBRUARY 6. 2003 PLAINTIFF WAS PAROLED TO THE PROVIDENCE IMMIGRATION detainer. AT which Time PLAINTIFF WAS QUESTIONED by DEFENDANTS DAVID RICCIO AND CURT BURK AND RELEASED

(11) ON FEBRUARY 12, DEFENDANTS DAVID RICCIO AND CURT BURK INDICATED TO PLAINTIFF PAROLE COUNSELOR THAT PLAINTIFF WAS AN ALIEN FROM THE DOMINICAN REPUBLIC, TO order him BACK TO PRISON.

(12) ON FEBRUARY 19, 2003, PLAINTIFF WAS REINCARCERATED AS A PAROLE VIOLATOR

(13) ON JUNE 16, 2003 DEFENDANTS DAVID RICCIO AND CURT BURK NOTIFIED PLAINTIFF THAT he WAS being CHARGED AS AN ALIEN AND COERCED PLAINTIFF TO SIGN THE NOTICE TO APPEAR.

(14) ON MAY 23, 2005 defendant David Riccio And Curt Burk Tooked Plaintiff in custody and commenced Administrative Proceedings For deportation. Plaintiff is currently incarcerated undergoing deportation proceeding, in Boston.

(15) For the past 12 years plaintiff had been the victim of repeated Arrest by the named defendants and wrongfully label as being an Alien. And ignored as being a citizen of the united states. The aforesaid Actions by defendants are contrary to the laws and treaties of the united states and the constitution.

CLAIMS FOR RELIEF

(16) The Actions of defendant Bruce Chadbourn in failing to ensure that defendants David Riccio And Curt Burk had the proper and special training for the duties that they could foreseeably be expected to perform in the course of they employment, especially with regard to the investigation, Apprehension and detention of Aliens only. Violated plaintiff constitutional

rights under the Fourth, Fifth and Fourteenth Amendments

(17) The actions of defendants David Riccio and Curt Burk in excluding plaintiff as an alien, violated plaintiff constitutional rights under the Fourteenth Amendment

(18) The actions of defendants David Riccio and Curt Burk in detaining plaintiff and commensing removal proceedings against him, on the basis that he is an alien, is a clear violation of plaintiff Fourth Amendment rights to be free from unreasonable searchs and seizures

Wherefore, plaintiff requests that this honorable court grant the following relief:

(A) Issue a declaratory judgment stating that:

(1) The actions of defendant Bruce Chadbourne in failing to properly train defendant David Riccio and Curt Burk violated plaintiff Rights under the Fourth and Fourteenth Amendments

8

(2) The determination of defendants David Riccio and Curt Burk in commencing removal proceeding for deportation against plaintiff a citizen and national of the United States violated his rights under the Fourteenth Amendment.

(3) The actions of defendants David Riccio and Curt Burk in relying on illigal and racist subjective criteria to detain plaintiff a citizen of the United States. Violates plaintiff rights under the Fourth, Fifth and Fourteenth Amendment of the United States Constitution.

(B) Issue a permanent injuction perpetually enjoining and restraining the named defendants, its officers, agents, employees, successors, attorneys and all those in active concern or participation with the conduct complained herein.

(C) Award compensatory damage in the following amounts:

(1) $100.000 severally against defendant Bruce Chadbourne for commission of torts of

(2) $100.000 severally against defendant David Riccio for commission of tort of false imprisonment and intentional infliction of emotional distress.

(3) $ 100.000 severally against defendant Curt Burk for commission of tort of false imprisonment and intentional infliction of emotional distress.

(D) Award punitive damages in the following amounts:

(1) $ 10.000 each against defendants, Bruce Chadbourne, David Riccio and Curt Burk.

(E) Grant such other relief as it may appear that plaintiff is entitled.

Respectfully submitted
Reinaldo Martinez A.K.A
Aldo Rosario Gil

Subscribed and sworn to before me
This 7th day of July 2005

[signature]

Notary Public
DAVID J SCHNELL, JR.
#31008 COMM EXPIRES: 1/12/08

# CERTIFICATION OF SERVICE

I, The undersigned hereby certify that on this 17 day of July 2005. I mailed a true copy of the within complaint to the defendants: Bruce Chadbourne, David Riccio and Curt Burk at 200 Dyer Avenue Providence RI 02903

Respectfully submitted

Reinaldo Martinez AKA
Lilo Rosario
950 High ST
Central Falls RI 02863