DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2005 JUL 22
FILED

# IN FORMA PAUPERIS AFFIDAVIT

UNITED STATES DISCTRICT COURT FOR THE STATE OF RHODE ISLAND

REINALDO MARTINEZ
AKA SILO ROSARIO

v.

BRUCE CHADBOURNE ET AL

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

CA 05 320 S

I, REINALDO MARTINEZ/SILO ROSARIO being first duly sworn, depose and say that I am the movant in the above entitled case; that in support of a my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ( ) No (✓)

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

______________________________

______________________________

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

MARCH 2005. ONE dollar per day

______________________________

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes ( ) No (✓)

b. Rent payments, interest or dividends? Yes ( ) No (✓)

c. Pensions, annuities or life insurance payments? Yes ( ) No (✓)

d. Gifts or inheritances? Yes ( ) No (✓)

e. Any other sources? Yes ( ) No (✓)

ORDER GRANTED
Jacob Hagopian
U.S. Magistrate Judge
7.28.05

Referred to U.S.M.J. Hagopian
☐ for findings & recommendation
☑ for determination
☐ ______________________
William E. Smith, U.S. District Judge
Date 7/25/05

(2)