UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

REINALDO MARTINEZ
a/k/a Silo Rosario Gil

v. C.A. No. 05-320S

BRUCE CHADBOURNE; Field Officer
and Director of I.C.E.
DAVID RICCIO and CURT BURK

**SHOW CAUSE ORDER**

On or before December 20, 2005, the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution; namely, failure to make service within 120 days after filing the complaint as required by Fed. R. Civ. P. 4(m). Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 11/29/05