UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

REINALDO MARTINEZ
a/k/a Silo Rosario Gil

v. C.A. No. 05-320S

BRUCE CHADBOURNE; Field Officer
and Director of I.C.E.
DAVID RICCIO and CURT BURK

**ORDER**

Plaintiff was ordered by this Court to show cause in writing on or before December 20, 2005 why this case should not be dismissed against Defendants for lack of prosecution. No response having been filed, this case is hereby dismissed for lack of prosecution.

ORDER:

By:______________________________
Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 12/29/05